IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON THOMAN,** | : | |
| Petitioner | : | No. 1:25-cv-00921 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **KATY L. HITEMAN, Warden of Adams County Correctional Facility, et al.,** | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 31st day of July 2025, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 4), and certified prisoner trust fund account statement (Doc. No. 6) filed by pro se Petitioner Aaron Thoman ("Thoman"), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 4) is **GRANTED**, and Thoman has leave to proceed in forma pauperis in this case;

2. Thoman's petition for a writ of habeas corpus, which the Court construes as a petition under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

3. Thoman's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court is directed to **MAIL** a copy of this Order and the accompanying Memorandum to Thoman at his address of record;

5. A certificate of appealability **SHALL NOT ISSUE**; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania